UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elizabeth Michele Rougier, | Court File No: 06-CV-3642 PAM/JSM |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TCF National Bank, David Thomas Rougier, Timothy Michael Schneider, and Brenda Lee Nelson, | |
| Defendants. | |

---

## ORDER FOR DISMISSAL

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this __10th__ day of __April__, 2007.

BY THE COURT

s/Paul A. Magnuson
PAUL A. MAGNUSON
Judge of United States District Court